IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANGELA SCHUNCEY RICHARDSON**  **PLAINTIFF**
ADC #712575

V.  No. 4:23-cv-00816-JM-ERE

**SUSAN TOWNSEND**  **DEFENDANT**

### ORDER

Plaintiff requests leave to amend her complaint stating that she "may have written a defective claim being that she was not clear as to why and how her 1st, 5th, 8th and 14th Amendment Rights were violated by the named Defendant Susan Townsand [sic], in her statement of claim." (ECF No. 9).

Plaintiff will be given until Monday, **October 23, 2023** to file an amended complaint curing the deficiencies identified in Magistrate Judge Edie R. Ervin's Recommended Disposition. If she chooses not to amend her complaint, or if her amended complaint does not cure the problems with her current complaint, the Court will dismiss the case without prejudice. Plaintiff is warned that her amended complaint will take the place of her current complaint. That means that she must include any and all factual allegations in her amended complaint that she wants the Court to consider, including any previously pled arguments with attachments.

In light of the motion, the Court declines to adopt the Recommended Disposition at this time. The case is referred back to Judge Ervin.

IT IS SO ORDERED this 11th day of October, 2023.

_____
James M. Moody Jr.
United States District Judge