IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANGELA SCHUNCEY RICHARDSON**                                                                **PLAINTIFF**
**ADC #712575**

V.                                              No. 4:23-cv-00816-JM

**SUSAN TOWNSEND and**
**ANTHONY JACKSON**                                                                           **DEFENDANTS**

### ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Ms. Richardson's timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Richardson's claims are DISMISSED, without prejudice, based on her failure to state a plausible constitutional claim for relief. Judgment shall be entered accordingly, and this case will be CLOSED.

The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g) and certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 18th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE