IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANGELA SCHUNCEY RICHARDSON                                          PLAINTIFF
ADC #712575

V.                              No. 4:23-cv-00816-JM

SUSAN TOWNSEND and
ANTHONY JACKSON                                                     DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 18th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE